1  MICHAEL S. LAWSON (SBN 048172)
   City Attorney
2  JUSTIN NISHIOKA (SBN 278207)
   Deputy City Attorney
3  CITY OF HAYWARD
   777 B Street, 4th Floor
4  Hayward, CA 94541-5007
   Tel: (510) 583-4458
5  Fax: (510) 583-3660

6  Attorneys for Defendants City of Hayward,
   and Officer Mike Miller.
7

8                    UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA
10

11 MAURICIO ALEJANDRO MORENO,            Case No. C 14-05405 (LB)
12
              Plaintiff,                 **STIPULATION AND [PROPOSED] ORDER TO
13                                       EXTEND DISCOVERY CUT-OFF DATES**
   v.
14
   CITY OF HAYWARD, a municipal
15 corporation; MIKE MILLER, individually and
   in his capacity as a Hayward Police Officer; and
16 DOES 1-50,

17            Defendants.

18

19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

1  Pursuant to Civil Local Rule 6-2, Plaintiff Mauricio Moreno and Defendants City of
2  Hayward and Mike Miller hereby stipulate to extend the non-expert discovery cutoff date to
3  **November 30, 2015**.
4  Defendants would like to depose Plaintiff. A date that works for all parties in the action is
5  November 19, 2015.
6  The parties believe that an extension of time is necessary because additional discovery is
7  required in this matter, and both parties desire to extend discovery from November 16, 2015 to
8  November 30, 2015.

10  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

12  DATED: 10/22/15            _____
13
14                              Attorneys for Plaintiff

15  DATED: 10/22/15            _____
16
17                              Attorneys for Defendants

19  PURSUANT TO STIPULATION, IT IS SO ORDERED.

21  DATED: _____   _____
22                              United States District/Magistrate Judge

Moreno v. City of Hayward, et al.                                    Stipulation and [Proposed] Order
Case No. 14-CV-05405 LB                        -1-

**PROOF OF SERVICE**

I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within action. My business address is 777 B Street, 4th Floor, Hayward, California 94541-5007.

On October 22, 2015, I served the document(s) described as:

- **STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY CUT-OFF DATES**

on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope, addressed as follows:

Paul L. Alaga, Esq.
885 Bryant Street, Second Floor
San Francisco, CA 94103

[ ]   (BY PERSONAL SERVICE) I personally delivered by hand to the addressee(s) at the locations noted above.
[X]   (BY U.S. MAIL) I am readily familiar with this business' practice for collection and processing of correspondence for mailing, and that correspondence will be enclosed in a sealed envelope with postage fully prepaid and deposited with the U.S. Postal Service on the date herein above in the ordinary course of business at Hayward, California.
[ ]   (BY ELECTRONIC DELIVERY (e-mail)) I caused such copies to be sent with the same service.
[ ]   (STATE) Under the laws of the State of California.

[X]   (FEDERAL) I declare that I am employed in the office of a member of the bars of this Court at whose direction the service was made.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct. Executed on October 22, 2015, at Hayward, California.

_____
Araceli Alejandre